## ABSTRACT OF JUDGMENT

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained | |
|---|---|---|
| JAZMYN PADUANI | UNITED STATES OF AMERICA | |
| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
| $46,582.18 | United States Attorney's Office<br>ATTN: Andrew K. Lizotte, AUSA<br>202 Harlow Street, Suite 10100<br>Bangor, Maine 04401<br>USAO #2025A39453 | March 28, 2025 |

UNITED STATES OF AMERICA,
DOCKET NO. 1:24-cv-00439-JCN

DISTRICT OF MAINE
SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Eric M. Storms, Acting Clerk of Court

By _____, Deputy Clerk

Dated: June 18, 2025